**Spencer BAGWELL, Plaintiff—
Appellant,**

v.

**FAFARD, INC., Defendant—Appellee.**

No. 07–1801.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2008.

Decided: March 7, 2008.

Mary C. McCormac, Clemson, South Carolina, for Appellant. Phillip A. Kilgore, Jeffrey P. Dunlaevy, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Greenville, South Carolina, for Appellee.

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Spencer Bagwell appeals a district court order and judgment giving summary judgment to Fafard, Inc., and dismissing his complaint alleging breach of employment contract. We have reviewed the record and the district court's order and affirm for the reasons stated by the district court. *See Bagwell v. Fafard, Inc.*, No. 8:06–cv–02272–GRA, 2007 WL 2022187 (D.S.C. July 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*